# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ROBERT J. BLAES, JR. | JUDGMENT IN A CRIMINAL CASE<br><br>Case Number: 06-CR-00442PVT<br><br>USM Number:<br><br>Jay Rorty - Federal Public Defender<br>Defendant's Attorney |

**THE DEFENDANT:**

[x]  pleaded guilty to count(s): <u>One of the Information</u>.

The defendant is adjudicated guilty of these offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18USC§13 assimilating CVC§23103(a) | Reckless Driving | September 15, 2005 | One |

**FILED**

SEP 2 8 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

      The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[X]  18USC13 assimilating CVC23152(a) is dismissed on the motion of the United States.

      IT IS ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

September 28, 2006
Date of Imposition of Judgment

_____
Signature of Judicial Officer

Honorable Howard R. Lloyd, U. S. Magistrate Judge
Name & Title of Judicial Officer

9/28/06
Date

DEFENDANT:     ROBERT J. BLAES, JR.                                     Judgment - Page 2 of 2
CASE NUMBER:   06-CR-00442PVT

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|         | Assessment | Fine     | Restitution |
|---------|------------|----------|-------------|
| Totals: | $ 25.00    | $ 519.00 | $ 0.00      |

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

[X] Lump sum payment of $25.00 is due immediately.

[X] Defendant is ordered to pay a fine of $519.00 by October 10, 2006 or perform 63 hours of community service in lieu of fine.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.